# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

## A19A0986.  LEROY BANKS v. THE STATE.

In 2007, Leroy Banks was convicted of aggravated assault, possession of a firearm during the commission of a felony, and criminal trespass. Since that time, he has filed several post-conviction motions.[1] Most recently, on June 28, 2018, Banks filed a "Motion for Credit Time in Confinement," in which he sought credit for time served awaiting resentencing following the revocation of his probation. The trial court denied the motion and Banks then filed the instant direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal concerns the revocation of his probation, Banks was required to file an application for discretionary appeal in order to obtain review of the order he seeks to challenge in this Court.[2] See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora*

---

[1] See Case No. A19D0040 (denied Aug. 16, 2018); A18D0440 (denied May 17, 2018); A17D0434 (denied May 30, 2017);  A17D0395 (dismissed May 11, 2017); and A07D0382 (dismissed Aug. 15, 2007).

[2] To the extent that Banks seeks to challenge the computation of his sentence, including credit for time served, he must seek relief from the Department of Corrections, not from the trial court. See *Cutter v. State*, 275 Ga. App. 888, 890 (2) (622 SE2d 96) (2005). Dissatisfaction with that relief may be asserted in a mandamus or injunction action against the Commissioner of the Department of Corrections, or in a petition for habeas corpus. See id.; *Maldonado v. State*,  260 Ga. App. 580, 581 (580 SE2d 330) (2003).

*v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/10/2019*
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*